UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

YEHUDA KATZ,
on behalf of himself and the class,

                           Plaintiff,

                v.                              Case No CV 12-5197 (RS)

BOWLMOR TIMES SQUARE, LLC,           **RULE 7.1 STATEMENT**

                         Defendant.

----------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure the undersigned, as counsel for defendants, states that, the parent corporation of defendant is Strike Holdings, LLC. Additionally, there is no publicly held corporation that owns 10% or more of either Bowlmor Times Square, LLC or Strike Holdings, LLC.


Dated:       New York, New York
                September 11, 2012

                                            Respectfully Submitted,

                                            GORDON & REES, LLP

                                            By: /s/ Ryan Sestack
                                            Michael J. Vollbrecht (MV 1118)
                                            Ryan Sestack (RS 0208)
                                            Attorneys for Defendant
                                            Bowlmor Times Square, LLC
                                            90 Broad Street, 23rd Floor
                                            New York, New York 10004
                                            (212) 269-5500


TO:     Shimshon Wexler, Esq.
            The Law Offices of Shimshon Wexler, PC
            2710 Broadway, 2nd Floor
            New York, New York 10025
            (212) 760-2400

ATM Network, Inc.
10749 Bren Road East
Minnetonka, MN 55343

LVL/1082730/13575234v.1